

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2016

No. 04-15-00487-CV

**CONOCOPHILLIPS COMPANY**,
Appellant

v.

Leon Oscar **RAMIREZ**, Jr., Individually, and Jesus M. Dominguez, as Guardian for Minerva Clementina Ramirez, an incapacitated person, Individually,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,637
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Sitting: Karen Angelini, Justice
    Marialyn Barnard, Justice
    Rebeca C. Martinez, Justice

The panel has considered the appellees' motion for leave to file sur-reply brief, and the motion is hereby GRANTED.

It is so ORDERED on September 13, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court